| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Elvia Soriano** | Social Security number or ITIN | **xxx–xx–9668** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 | **Emilio Diaz** | Social Security number or ITIN | **xxx–xx–2896** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed in chapter **13** | **12/13/17** |
| Case number:   **17–36990** | | Date case converted to chapter **7** | **6/20/19** |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Elvia Soriano | | Emilio Diaz |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 17632 S Farrell Rd<br>Lockport, IL 60441 | | 17632 S Farrell Rd<br>Lockport, IL 60441 |
| 4. | **Debtor's attorney**<br>Name and address | Patrick Semrad<br>The Semrad Law Firm, LLC<br>20 S. Clark St, 28th Floor<br>Chicago, IL 60603 | | Contact phone (312) 913–0625<br>Email:  psemrad@semradlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Joji Takada<br>Takada Law Office, LLC<br>6336 North Cicero Avenue<br>Suite 201<br>Chicago, IL 60646 | | Contact phone 773 790 4888<br>Email: trustee@takadallc.com |

**For more information, see page 2 >**

Debtor **Elvia Soriano** and **Emilio Diaz**                                                    Case number **17–36990**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 6/24/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 30, 2019 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**807 W. John Street, First Floor, Yorkville, IL 60560** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/30/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 17-36990-PSH
Elvia Soriano                                                             Chapter 7
Emilio Diaz
          Debtors                        **CERTIFICATE OF NOTICE**

District/off: 0752-1            User: evelyng          Page 1 of 2          Date Rcvd: Jun 24, 2019
                               Form ID: 309A           Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db/jdb        +Elvia Soriano,   Emilio Diaz,   17632 S Farrell Rd,   Lockport, IL 60441-9797
aty           +Michael Spangler,   The Semrad Law Firm, LLC,   20 S Clark St, 28th Floor,
               Chicago, IL 60603-1811
tr            +Joji Takada,   Takada Law Office, LLC,   6336 North Cicero Avenue,   Suite 201,
               Chicago, IL 60646-4448
26283089      +BARCLAYS BANK DELAWARE,   698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
26283088      +CBNA,   Po Box 6497,   Sioux Falls, SD 57117-6497
26283091      +CITI,   P.O. BOX 9001037,   Louisville, KY 40290-1037
26283113      +FEB-RETAIL,   3175 Commercial Ave,   Ste 201,   Northbrook, IL 60062-1924
26283087      +FIFTH THIRD BANK,   PO Box 9013,   Addison, TX 75001-9013
26283084      +FREEDOM MORTGAGE CORP,   3637 Sentara Way,   Virginia Beach, VA 23452-4262
26283110       FST PREMIER,   601 S Minneapolis Ave,   Sioux Falls, SD 57104
26312402      +Fifth Third Bank,   PO Box 9013,   Addison, Texas 75001-9013
27377886      +Freedom Mortgage Corporation,   c/o McCalla Raymer Leibert Pierce, LLC,   Bankruptcy Department,
               1544 Old Alabama Road,   Roswell, GA 30076-2102
26442637      +Freedom Mortgage Corporation,   Bankruptcy Department,   10500 Kincaid Drive,   Suite 300,
               Fishers, IN 46037-9764
26283112      +ISPC,   1115 GUNN HWY,   ODESSA, FL 33556-5328
26365858      +Mercedes-Benz Financial Services USA, LLC,   Dennis Loughlin,   c/o Warner Norcross & Judd LLP,
               2000 Town Center, Suite 2700,   Southfield, MI 48075-1318
26283107      +SYNCB/ASHLEY HOMESTORE,   7780 S Cicero Ave,   Burbank, IL 60459-1583
26283101      +TD RCS/YARD CARD/904,   1000 MACARTHUR BLVD,   MAHWAH, NJ 07430-2035


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: psemrad@semradlaw.com Jun 25 2019 01:05:39     Patrick Semrad,
               The Semrad Law Firm, LLC,   20 S. Clark St, 28th Floor,   Chicago, IL  60603
tr            +EDI: BJTAKADA Jun 25 2019 04:48:00     Joji Takada,   Takada Law Office, LLC,
               6336 North Cicero Avenue,   Suite 201,   Chicago, IL 60646-4448
26283111      +EDI: GMACFS.COM Jun 25 2019 04:48:00     ALLY FINANCIAL,   PO Box 130424,
               Saint Paul, MN 55113-0004
26283105      +EDI: AMEREXPR.COM Jun 25 2019 04:48:00     AMEX,   PO box 981540,   El Paso, TX 79998-1540
26283104      +EDI: BANKAMER2.COM Jun 25 2019 04:48:00     BK OF AMER,   PO BOX 1598,   NORFOLK, VA 23501-1598
26283103      +EDI: CAPITALONE.COM Jun 25 2019 04:48:00     CAP ONE,   26525 N RIVERWOODS BLVD,
               METTAWA, IL 60045-3440
26283090       E-mail/Text: jmalone@arcmgmt.com Jun 25 2019 01:07:55     CAPITALONE,
               c/o Pollack & Rosen, P.C,   1825 Barrett Lakes Blvd Suite 510,   Kennesaw, GA 30144-7519
26438237       EDI: BL-BECKET.COM Jun 25 2019 04:48:00     Capital One, N.A.,   c/o Becket and Lee LLP,
               PO Box 3001,   Malvern PA 19355-0701
26458632      +EDI: CITICORP.COM Jun 25 2019 04:48:00     Citibank, N.A.,   Citibank, N.A.,
               701 East 60th Street North,   Sioux Falls, SD 57104-0493
26283108      +EDI: WFNNB.COM Jun 25 2019 04:48:00     Comenity Bank/Express,   4590 E BROAD ST,
               COLUMBUS, OH 43213-1301
26283095      +EDI: DISCOVER.COM Jun 25 2019 04:48:00     DISCOVER FIN SVCS LLC,   PO Box 3025,
               New Albany, OH 43054-3025
26365857      +E-mail/Text: dloughlin@wnj.com Jun 25 2019 01:07:24     Dennis Loughlin,
               Warner Norcross & Judd LLP,   2000 Town Center, Suite 2700,   Southfield, MI 48075-1318
26300440       EDI: DISCOVER.COM Jun 25 2019 04:48:00     Discover Bank,   Discover Products Inc,
               PO Box 3025,   New Albany, OH  43054-3025
26283115      +E-mail/Text: support@futurepay.com Jun 25 2019 01:08:45     FUTURE PAY,   PO BOX 157,
               LEHI, UT 84043-1173
26283096      +E-mail/Text: specialassets@hbtbank.com Jun 25 2019 01:06:32     HEARTLAND BK,   Po Box 67,
               Bloomington, IL 61702-0067
26283099      +E-mail/Text: bncnotices@becket-lee.com Jun 25 2019 01:06:06     KOHLS/CAPONE,   PO BOX 3115,
               MILWAUKEE, WI 53201-3115
26283086      +E-mail/Text: bk@lendingclub.com Jun 25 2019 01:08:04     LENDING CLUB CORP,
               71 STEVENSON ST STE 300,   SAN FRANCISCO, CA 94105-2985
26283114      +E-mail/Text: support@ljross.com Jun 25 2019 01:06:35     LJ ROSS,   Po Box 6099,
               Jackson, MI 49204-6099
26464644       EDI: RESURGENT.COM Jun 25 2019 04:48:00     LVNV Funding, LLC its successors and assigns as,
               assignee of Citibank, N.A.,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
26283085      +EDI: DAIMLER.COM Jun 25 2019 04:48:00     MB FIN SVCS,   P.O. BOX 961,   ROANOKE, TX 76262-0961
26440885      +EDI: MID8.COM Jun 25 2019 04:48:00     Midland Funding, LLC,   Midland Credit Management, Inc.,
               as agent for Midland Funding, LLC,   PO Box 2011,   Warren, MI 48090-2011
26298351      +EDI: AIS.COM Jun 25 2019 04:48:00     Presence Health,   by American InfoSource LP as agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
26450820       EDI: Q3G.COM Jun 25 2019 04:48:00     Quantum3 Group LLC as agent for,   MOMA Funding LLC,
               PO Box 788,   Kirkland, WA 98083-0788
26283106      +EDI: RMSC.COM Jun 25 2019 04:48:00     SYNCB/ART VAN FURNITUR,   950 FORRER BLVD,
               KETTERING, OH 45420-1469
26283097      +EDI: RMSC.COM Jun 25 2019 04:48:00     SYNCB/CARE CREDIT,   950 FORRER BLVD,
               KETTERING, OH 45420-1469
26283100      +EDI: RMSC.COM Jun 25 2019 04:48:00     SYNCB/JCP,   PO BOX 965007,   Orlando, FL 32896-5007

```
District/off: 0752-1          User: evelyng          Page 2 of 2             Date Rcvd: Jun 24, 2019
                             Form ID: 309A           Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
26283109      +EDI: RMSC.COM Jun 25 2019 04:48:00      SYNCB/LUMBER LIQUIDATO,   C/O P.O. BOX 965036,
               ORLANDO, FL 32896-0001
26283098      +EDI: RMSC.COM Jun 25 2019 04:48:00      SYNCB/OLD NAVY,   Po Box 530942,
               Atlanta, GA 30353-0942
26283094      +EDI: RMSC.COM Jun 25 2019 04:48:00      SYNCB/WALMART DC,   PO BOX 965024,
               ORLANDO, FL 32896-5024
26283102      +EDI: RMSC.COM Jun 25 2019 04:48:00      SYNCB/WLMRTD,   PO Box 530927,   Atlanta, GA 30353-0927
26286943      +EDI: RMSC.COM Jun 25 2019 04:48:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
26283092      +EDI: WTRRNBANK.COM Jun 25 2019 04:48:00      TD BANK USA/TARGETCRED,   PO Box 660170,
               Dallas, TX 75266-0170
26472171      +E-mail/Text: bncmail@w-legal.com Jun 25 2019 01:07:38      TD Bank USA, N.A.,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
26283093      +EDI: WFFC.COM Jun 25 2019 04:48:00      WELLS FARGO DEALER SVC,   PO BOX 19657,
               IRVINE, CA 92623-9657
26428459       EDI: WFFC.COM Jun 25 2019 04:48:00      Wells Fargo Bank, N.A., d/b/a WFDS,   P.O. Box 19657,
               Irvine, CA 92623-9657
                                                                                     TOTAL: 35
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
```
          Dana N O'Brien   on behalf of Creditor   FREEDOM MORTGAGE CORPORATION dana.obrien@mccalla.com,
           NDistrict@mccalla.com
          Joji  Takada   trustee@takadallc.com,  IL74@ecfcbis.com
          Kinnera  Bhoopal   on behalf of Creditor   FREEDOM MORTGAGE CORPORATION
           kinnera.bhoopal@mccalla.com
          Michael  Spangler   on behalf of Debtor 2 Emilio  Diaz mspangler@semradlaw.com,
           ilnb.courtview@SLFCourtview.com
          Michael  Spangler   on behalf of Debtor 1 Elvia  Soriano mspangler@semradlaw.com,
           ilnb.courtview@SLFCourtview.com
          Patrick  Semrad   on behalf of Debtor 2 Emilio  Diaz psemrad@semradlaw.com,
           ilnb.courtview@SLFCourtview.com
          Patrick  Semrad   on behalf of Debtor 1 Elvia  Soriano psemrad@semradlaw.com,
           ilnb.courtview@SLFCourtview.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Terri M Long   on behalf of Creditor   Fifth Third Bank tmlong@tmlong.com,  Courts@tmlong.com
                                                                                     TOTAL: 9
```